MORGAN, LEWIS & BOCKIUS LLP
REBECCA EISEN, State Bar No. 096129
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
reisen@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
JILL PORCARO, State Bar No. 190412
BENJAMIN DAVIDSON, State Bar No. 241859
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: 213.612-2500
Fax: 213.612-250
jporcaro@morganlewis.com

Attorneys for Defendant
PetSmart, Inc.

MARK R. THIERMAN, State Bar No. 72913
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, NV 89511
Tel: 775.284-1500
Fax: 775.703-5027
laborlawyer@pacbell.net

Attorneys for Plaintiff
Maida L. Enabnit

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIDA L. ENABNIT, on behalf of herself, all others similarly situated, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>PETSMART, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 2:07-CV-00165-RRB-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO QUASH PLAINTIFF MAIDA L. ENABNIT'S SUBPOENA DUCES TECUM TO NONPARTY ADP, INC. AND REQUEST FOR SANCTIONS** |

1-LA/943616.1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON DEFENDANT'S MOTION
TO QUASH PLAINTIFF'S SUBPOENA TO ADP, INC.

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein, as follows:

The parties, by and through their attorneys of record, hereby stipulate to move the hearing date on Defendant's Motion to Quash Plaintiff's Subpoena Duces Tecum to Nonparty ADP, Inc. and Request for Sanctions, which is currently scheduled for 10:00 a.m. on June 29, 2007, to July 13, 2007 at 10:00 a.m.

The parties further stipulate that the opposition date of June 15, 2007 and the reply date of June 22, 2007 will remain the same.

Good cause exists to extend the hearing on Defendant's Motion to Quash Plaintiff's Subpoena to ADP, Inc. because counsel for Plaintiff, Mark R. Thierman, will be out of town on a pre-paid vacation from June 28, 2007 through July 7, 2007.

The parties respectfully request that the Court enter an Order moving the hearing date from 10:00 a.m. on June 29, 2007 to 10:00 a.m. on July 13, 2007.

| | |
|---|---|
| Dated: June 12, 2007 | MORGAN, LEWIS & BOCKIUS LLP |
| | By /s/Jill A. Porcaro |
| | Jill A. Porcaro |
| | Attorneys for Defendant |
| Dated: June 12, 2007 | THIERMAN LAW FIRM |
| | By /s/Mark R. Thierman |
| | Mark T. Thierman |
| | Attorneys for Plaintiff |

**IT IS SO ORDERED.**

DATED: June 18, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/enabnit0165.stipord

1-LA/943616.1                                2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO QUASH PLAINTIFF'S SUBPOENA TO ADP, INC.