IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAIDA L. ENABNIT, etc.,

        Plaintiff,                        No. CIV S-07-0165 RRB DAD

        v.

PETSMART, INC., etc., et al.,         ORDER

        Defendants.

_____/

        This matter came before the court on July 13, 2007, for hearing on defendant Petsmart Inc.'s motion to quash and request for sanctions. Jill A. Porcaro, appeared telephonically for the moving party. Mark R. Thierman appeared telephonically for plaintiff. The court having considered the written materials submitted in connection with the motion and having heard oral argument from counsel, for the reasons stated on the record IT IS ORDERED that defendant Petsmart, Inc.'s May 25, 2007 motion to quash plaintiff's subpoena duces tecum to nonparty ADP, Inc. is granted and defendant's request for sanctions is denied.

DATED: July 13, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw/jp
Ddad1\orders.civil\enabnit0165.oah071307