Mark R. Thierman Cal SB# 72913
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

Scott A. Miller, Esq., SB # 230322
**LAW OFFICE OF SCOTT A. MILLER**
16133 Ventura Blvd. Suite 1200
Encino, CA. 91436
Tel. (818) 995-9106

Steve Miller, Esq., SB # 106023
**LAW OFFICE OF STEVE MILLER**
16133 Ventura Blvd. Suite 1200
Encino, CA. 91436
Tel. (818) 995-9106

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIDA ENABNIT, on behalf of herself, all others similarly situated, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>PETSMART, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:07-cv-00165-JAM-DAD<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF ACTION** |

TO THE HONORALBE JOHN A. MENDEZ:

PLEASE TAKE NOTICE that the parties have reached a settlement agreement to resolve the class claims in this case, subject to Court approval. The parties anticipate filing a motion for preliminary approval of the class settlement in the near future. The parties jointly

Notice of Settlement and
Request for Stay of Action

1

1  request that all deadlines be stayed and upcoming hearing dates be taken off calendar pending
2  the Court's ruling on the preliminary approval motion.

3  Dated:                                    THIERMAN LAW FIRM
                                             MARK R. THIERMAN

   By_____
                                             Mark R. Thierman
                                             Attorneys for Plaintiff
                                             MAIDA ENABNIT

   Dated: August 22, 2008                    MORGAN, LEWIS & BOCKIUS LLP
                                             JILL PORCARO
                                             REBECCA EISEN

   By_____
                                             Jill Porcaro
                                             Attorneys for Defendant
                                             PETSMART, INC.