Mark R. Thierman Cal SB# 72913
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada  89511
Tel: (775) 284-1500

Scott A. Miller, Esq., SB # 230322
**LAW OFFICE OF SCOTT A. MILLER**
16133 Ventura Blvd. Suite 1200
Encino, CA. 91436
Tel. (818) 995-9106

Steve Miller, Esq., SB # 106023
**LAW OFFICE OF STEVE MILLER**
16133 Ventura Blvd. Suite 1200
Encino, CA. 91436
Tel. (818) 995-9106

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIDA ENABNIT, on behalf of herself, all others similarly situated, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>    Plaintiff,<br><br>    v.<br><br>PETSMART, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.:  2:07-cv-00165-JAM-DAD<br><br>**ORDER REGARDING REQUEST FOR STAY OF ACTION** |

    WHEREFORE, the parties have reached a settlement agreement to resolve the class claims in this case, subject to Court approval; and

[Proposed] Order Regarding
Request for Stay of Action

1

PDF created with pdfFactory trial version www.pdffactory.com

WHEREFORE, the parties anticipate filing a motion for preliminary approval of the class settlement within 45 days of this order.

Good cause having been shown, the parties' joint request that all deadlines be stayed and upcoming hearing dates be taken off calendar pending the Court's ruling on the preliminary approval motion is hereby granted.

IT IS SO ORDERED.

Dated:  8/26/2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

[Proposed] Order Regarding
Request for Stay of Action

2

PDF created with pdfFactory trial version www.pdffactory.com