Mark R. Thierman Cal SB# 72913
**THIERMAN LAW FIRM. P.C.**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

Scott A. Miller, Esq., SB # 230322
**LAW OFFICE OF SCOTT A. MILLER**
**A Professional Law Corporation**
16133 Ventura Blvd. Suite 1200
Encino, CA. 91436
Tel. (818) 995-9106

Steven L. Miller, Esq., SB # 106023
**LAW OFFICE OF STEVEN L. MILLER**
**A Professional Corporation**
16133 Ventura Blvd. Suite 1200
Encino, CA. 91436
Tel. (818) 995-9106

FILED

APR 2 2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Maida L. Enabnit; et al.,

    Plaintiff,

v.

Petsmart, Inc.; et al.,

    Defendants.

Case No.: 2:07-cv-00165-JAM-DAD

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Hearing Date: April 22, 2009
Hearing Time: ~~9:00 a.m.~~ 1:30 PM
Courtroom: 6, 14 Floor
Judge: Honorable John A. Mendez

[PROPOSED] Order Granting Plaintiff's Motion for Final Approval

WHEREAS, this matter came on for hearing on April 22, 2009, at 1:30 p.m., in Courtroom 6 of the above-captioned court on Plaintiff's Motion for Final Approval of Class Action Settlement; and

WHEREAS, Plaintiff Maida Enabnit has applied to this Court for an order finally approving the settlement of the Action in accord with a Stipulation of Settlement (the "Settlement") which, together with the exhibits annexed thereto, sets forth the terms and conditions for a proposed settlement; and the Court having read and considered the Settlement and the exhibits annexed thereto;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. This Order incorporates by reference the definitions in the Settlement, and all terms defined therein shall have the same meaning in this Order as set forth in the Settlement;

2. Plaintiff's Motion for Final Approval of the Class Action Settlement is Granted;

3. Class Counsel's request for attorney's fees in the amount of $570,000.00 is Granted;

4. Class Counsel's request for costs in the amount of $2,652.47 is Granted;

5. The enhancement fee to Plaintiff in the amount of $30,000.00 is Granted;

6. The Claims' Administration fees in the amount of $111,987.38 is Granted.

IT IS SO ORDERED.

Dated: 4-22-09

JOHN A. MENDEZ
United States District Judge

[PROPOSED] Order Granting Plaintiff's Motion for Final Approval